

# Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00488-CR
No. 04-23-00489-CR

Don Arlen **PIERSON** II,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 20-617-CR, 20-618-CR
Honorable Sid Harle, Judge Presiding[1]

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice

Delivered and Filed: July 12, 2023

DISMISSED FOR WANT OF JURISDICTION

This is an appeal from a conviction of one count of driving while intoxicated and one count of unlawfully carrying a handgun by a license holder. Appellant was convicted by jury trial on March 22, 2023. The written judgment states the sentence was imposed on the same day.

On May 4, 2023, Appellant filed a notice of appeal, pro se. On May 18, 2023, Appellant filed a declaration of facts, which provided an explanation for filing a late notice of appeal. On

---

[1] Kirsten Cohoon is the current presiding judge of the 451st District Court in Kendall County.

May 22, 2023, we ordered Appellant to show cause why his appeal should not be dismissed for want of jurisdiction.[2]  Appellant's explanation does not have the effect of invoking this court's appellate jurisdiction.  *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).  We now dismiss the purported appeal for want of jurisdiction.

PER CURIAM

Do Not Publish

---

[2] A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction.  *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).